ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta
JUL  6 2016
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRAVIS BALL | Criminal Indictment<br><br>No. 1:16-CR-0248 |

THE GRAND JURY CHARGES THAT:

### Count One
(Hoax Threat – 18 U.S.C. § 1038(a)(1))

On or about April 7, 2016, the defendant, TRAVIS BALL, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken and was taking place that would constitute a violation of Title 18, United States Code, Chapter 10, that is, possession and transfer of a biological agent or toxin for use as a weapon in violation of Section 175(a); specifically, defendant TRAVIS BALL did deposit in an authorized depository for mail matter a communication addressed to and received by the "State Bar of Georgia" in Atlanta, Georgia, located in the Northern District of Georgia; said communication contained a granular substance and contained a letter stating "We will kill all of you . . . Have Some 'Anthrax' . . . We will kill you!", all in violation of Title 18, United States Code, Section 1038(a)(1).

## Count Two
(Hoax Threat – 18 U.S.C. § 1038(a)(1))

On or about April 7, 2016, the defendant, TRAVIS BALL, did knowingly engage in conduct with the intent to convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity had taken and was taking place that would constitute a violation of Title 18, United States Code, Chapter 10, that is, possession and transfer of a biological agent or toxin for use as a weapon in violation of Section 175(a); specifically, defendant TRAVIS BALL did deposit in an authorized depository for mail matter a communication addressed to and received by the "Atlanta Newspapers" in Atlanta, Georgia, located in the Northern District of Georgia; said communication contained a granular substance and contained a letter stating "Have some 'ANTHRAX'", all in violation of Title 18, United States Code, Section 1038(a)(1).

A _____True_____ BILL

_____
FOREPERSON

JOHN A. HORN
  *United States Attorney*

JOLEE PORTER
  *Assistant United States Attorney*
Georgia Bar No. 462455

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181