UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CRIMINAL ACTION NO. 1:16-cr-00248-JPB |
| TRAVIS BALL, | |
| Defendant. | |

## ORDER

Before the Court are two letters from Defendant Travis Ball ("Ball") filed April 17, 2020, and July 3, 2020, which the Clerk of Court construed as a Motion for Immediate Release from Custody (ECF No. 136) and a Motion for Criminal Charges to Be Filed (ECF No. 145), respectively. Having reviewed and fully considered the letters, the Court finds that there is no basis upon which to provide the relief requested therein. Ball has neither stated the grounds for the requested relief nor has he cited any law that would authorize the Court to take the actions he urges. Accordingly, both motions are **DENIED**.

**SO ORDERED** this 11th day of January, 2021.

J. P. BOULEE
United States District Judge